UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN DODD and
MARY ANNE FORD,

    Plaintiffs,

v.                                    CASE NO. 8:18-cv-1352-T-23TGW

SAM JENKINS and
LEAPS PROGRAM,

    Defendants.
_____/

## **ORDER**

A July 20, 2018 order (Doc. 2) requires Dodd to amend the complaint to include a "short and plain" statement of the alleged "employment discrimination." Dodd amends (Doc. 4) the complaint and moves (Doc. 5) for leave to proceed *in forma pauperis*. Concluding that the amended complaint fails to remedy the deficiencies identified by the July 20, 2018 order and fails to state a cognizable claim, a September 9, 2018 report (Doc. 6) recommends denying Dodd's motion to proceed *in forma pauperis*, dismissing the amended complaint, and closing the case. More than seventeen days has passed,[*] and Dodd maintains silence in response to Magistrate Judge Wilson's well-reasoned report. The report and recommendation (Doc. 6) is

---

[*] A party served by mail with a report and recommendation has three additional days to object. *See* Rule 6(d), Federal Rules of Civil Procedure.

**ADOPTED** and the amended complaint (Doc. 5) is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on October 15, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE